# UNITED STATES DISTRICT COURT
# THE DISTRICT OF MASSACHUSETTS
# HOLDEN IN BOSTON, MASSACHUSETTS.

Attorney (Dr.) Ted Iseghohi Edwards

Doing Business under the name and style of

Edwards and Partners Law Firm

-----------------------------------------------------------------

      Plaintiff/Judgment Creditor

           v.

1. Federal Government of Nigeria
2. The Attorney General of the Federation
3. The Accountant General of the Federation
4. Minister of Finance
5. Central Bank of Nigeria
6. Secretary to the Government of the Federation
7. Inspector General of Police
8. Nigeria Police Force
9. Director General of State Security Services
10. State Security Services
11. Economic and Financial Crimes Commission

-----------------------------------------------------------------

      Defendants/Judgment Debtors

Civil Action No.

18mc91146-FDS

## AFFIDAVIT OF URGENCY

I, Attorney (Dr. Ted Iseghohi-Edwards), Male, Christian, an American Citizen of 30 Parkside Place, Malden-Boston, Massachusetts does hereby state as follows:

1. That I am the second judgment Creditor Above.
2. That I have been unduly oppressed and denied proceeds of my labor and other lawyers who worked with me on this matter.

3. That the Federal Government of Nigeria and its Agencies and Parastatals have continued to oppress us by denying us our earned legal fees.
4. That the proceeds of our legal services to the tune of $6.4Billion dollars which was recovered have already been dissipated by $3.2Billion dollars without our legal fees being paid as a first line charge as ordered by the courts.
5. That the balance $3.2Billion dollars is about to be disbursed any day now without any provision for payment of our legal fees.
6. That I am an American citizen and my income is taxed worldwide.
7. That the Federal Government of Nigeria, its Agencies and Parastatals are intentionally denying me and by implication denying the United States of America tax revenue of approximately 30% of my earned legal fees in this matter.
8. That by Registering this judgment in the United States of America, it will put them on notice that if they do not comply with the pending orders and judgments of courts by paying our legal fees, we will execute against their assets in the United States of America.
9. That irreparable harm will be done to us if our matter before this honorable court is not expeditiously heard and determined.
10. That it is imperative to hear and determine our matter forthwith for justice to be served.
11. That I make this declaration in accordance with the oaths act currently in effect.

Dated this 17th Day of April, 2018 at the United States District Court Holden in Boston Massachusetts.

**DEPONET**

Attorney (Dr.) Ted Iseghohi-Edwards



MATTHEW A. PAINE
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 15, 2022

